# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-101-RLV-DCK

| | |
|---|---|
| KEY WEST, INC., et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )      **ORDER** <br>) |
| EXECUTIVE RISK INDEMNITY INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning David M. Leonard, filed August 1, 2011. Mr. Leonard seeks to appear as counsel *pro hac vice* for Defendant Executive Risk Indemnity Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Leonard is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Executive Risk Indemnity Inc.

Signed: August 2, 2011

David C. Keesler
United States Magistrate Judge