# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO.  5:11-CV-101-RLV-DCK

| | | |
|---|---|---|
| KEY WEST, INC., et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EXECUTIVE RISK INDEMNITY INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Brooke Lewis, filed August 1, 2011.  Ms. Lewis seeks to appear as counsel *pro hac vice* for Defendant Executive Risk Indemnity Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Lewis is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Executive Risk Indemnity Inc.

Signed: August 2, 2011

David C. Keesler
United States Magistrate Judge